# UNITED STATES DISTRICT COURT
## for the

### Eastern District of Tennessee

United States of America
v.
Christopher David Grippe

)
)
)
)
)
)
)

Case No: 3:16-CR-114-TAV-HBG-1

USM No: 51823-074

Date of Original Judgment: 07/25/2017
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Jonathan Moffatt
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   280 months   months **is reduced to**   260 months   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   07/25/2017   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/11/2026

*Thomas A. Varlan*
*Judge's signature*

Effective Date:
*(if different from order date)*

Thomas A. Varlan, U.S. District Judge
*Printed name and title*